Terry Goddard
Attorney General
Mary R. O'Grady, Bar No. 011434
Solicitor General
Christopher A. Munns, Bar No. 022611
Assistant Attorney General
1275 W. Washington
Phoenix, Arizona 85007-2997
Telephone: (602) 542-3333
Fax:  (602) 542-8308
Christopher.Munns@azag.gov
Attorneys for Defendant Terry Goddard

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ROBERTO JAVIER FRISANCHO, <br><br> Plaintiff, *pro se*, <br><br> vs. <br><br> JAN BREWER, in her official capacity as Governor of the State of Arizona; and TERRY GODDARD, in his official capacity as Attorney General of the State of Arizona, <br><br> Defendants. | Case No: CV-10-926-PHX-SRB <br><br> **DEFENDANT ATTORNEY GENERAL TERRY GODDARD'S NOTICE OF FILING CORRECTED MOTION TO DISMISS** |

Counsel for Attorney General Terry Goddard hereby gives notice of filing a corrected Motion to Dismiss. Counsel inadvertently filed an earlier draft of the motion to dismiss (at dkt 21). Attached to this Notice is the correct and final Motion to Dismiss.

Respectfully submitted this 11th day of June, 2010.

                                              Terry Goddard
                                              Attorney General


                                               s/ Christopher A. Munns
                                              Mary G. O'Grady
                                              Solicitor General
                                              Christopher A. Munns
                                              Assistant Attorney General
                                              Attorneys for Defendant Terry Goddard

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of June, 2010, I electronically transmitted the attached document to the Clerk's Office using the ECF System for filing, and transmittal of a Notice of Electronic Filing to the following ECF registrants:

John J. Bouma
Robert A. Henry
Snell & Wilmer L.L.P.
One Arizona Center
400 E. Van Buren
Phoenix, AZ  85004
*jbouma@swlaw.com*
*bhenry@swlaw.com*

**COPY** of the foregoing mailed
this 11th day of June, 2010 to:

Roberto Javier Frisancho
1311 Delaware Avenue, S.W., Apt. S 337
Washington, D.C.  20024
Plaintiff *pro se*

  s/ Maureen Riordan
Secretary to Christopher Munns

*#853910*

2